UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 22-41357-nhl |
| | CHAPTER: 13 |
| Marray Joy Clarke, | |
| | **NOTICE OF APPEARANCE** |
| Debtor. | |
| | HON. JUDGE: |
| | Nancy Hershey Lord |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Fay Servicing, LLC as servicer for
> Wilmington Trust, National Association, not in its
> individual capacity, but solely as trustee for MFRA Trust
> 2014-2
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a

waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: Irvine, CA
        June 21, 2022

                                  By: /s/ Katherine Heidbrink
                                  Katherine Heidbrink, Esq.
                                  FRIEDMAN VARTOLO, LLP
                                  Attorneys for Fay Servicing, LLC as servicer for
                                  Wilmington Trust, National Association, not in its
                                  individual capacity, but solely as trustee for MFRA Trust
                                  2014-2
                                  1325 Franklin Avenue, Suite 160
                                  Garden City, NY 11530
                                  T: (212) 471-5100
                                  F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 22-41357-nhl |
| | : | CHAPTER: 13 |
| Marray Joy Clarke, | : | |
| | : | |
| Debtor. | : | HON. JUDGE: |
| | : | Nancy Hershey Lord |
| | : | |
| | : | |
| | : | |
| | : | |

-----------------------------------------------------------------X

# CERTIFICATION OF SERVICE

    I, Katherine Heidbrink, certify that on June 21, 2022, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                                  By: /s/ Katherine Heidbrink
                                                                  Katherine Heidbrink, Esq.
                                                                  Attorneys for Fay Servicing, LLC as servicer for
                                                                 Wilmington Trust, National Association, not in its
                                                                 individual capacity, but solely as trustee for MFRA
                                                                 Trust 2014-2, its successor and assigns
                                                                 1325 Franklin Avenue, Suite 160
                                                                Garden City, New York 11530
                                                                T: (212) 471-5100
                                                               F: (212) 471-5150

## **SERVICE LIST**

Marray Joy Clarke
116-27 Farmers Blvd
St. Albans, NY 11412
***Pro se, Debtor***

Krista M Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
***Trustee***

United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
***U.S. Trustee***